THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* CHARLES H. GAAB, Respondent.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* DAVID WALLACE, Respondent.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* HENRY WETZEL, Respondent.

(Submitted October 15, 1917; decided October 23, 1917.)

Motion for re-argument denied. (See 221 N. Y. 617.)